**No. 49901.**—Protest 103948–K of F. B. Vandegrift & Co. (Philadelphia).

Opinion by CLINE, J. It was stipulated that the merchandise in question is the same in all material respects as that involved in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823). It was therefore held dutiable at 5 percent under paragraph 731 as modified.